Eligio Patino, Jr., Plaintiff-Appellant, 
against
Foundation of Dream and 3E Towing Inc., Defendants-Respondents.



Plaintiff, as limited by his brief, appeals from that portion of a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Alexander M. Tisch, J.), entered on or about October 22, 2015, after trial, as limited his recovery of damages to the principal sum of $375.




Per Curiam. 
Judgment (Alexander M. Tisch, J.), entered on or about October 22, 2015, affirmed, without costs.
The verdict issued upon the trial of this small claims action, limiting plaintiff's recovery to the principal amount of $375, is supported by a fair interpretation of the evidence and achieved "substantial justice" consistent with substantive law principles (CCA 1804, 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). There is no record support for any additional recovery, particularly since plaintiff's own evidence supported the finding that defendants agreed to pay only $500 for plaintiff's 1994 automobile, of which $375 was due.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 16, 2016